AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

------------------------------------------------------------DISTRICT OF------------------------------------------------------------

USA

       v.

Robert Jordan Fields

EXHIBIT LIST

Case Number: 1:05-1226

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Margaret B. Seymour | Dean Eichelberger | Parks Small |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 9/14/06 - 9/15/06 | Dan Mayo | Mary Deal |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 9/14/06 | yes | yes | Development Agreement between Fields Real Estate Securities Corporation (FRESCO) and City of Aiken |
| 2 | | 9/14/06 | yes | yes | Demand Letter re: Letter of Credit |
| 3 | | 9/14/06 | yes | yes | $83,800 check payable to City of Aiken |
| 4 | | 9/14/06 | yes | yes | Application and Agreement re: Letter of Credit |
| 5 | | 9/14/06 | yes | yes | Letter of Credit |
| 6 | | 9/14/06 | yes | yes | Promissory Note - $83,800 loan to FRESCO |
| 7 | | 9/14/06 | yes | yes | Mortgage - AKJ to Regions Bank |
| 8 | | 9/14/06 | yes | yes | FRESCO Corporate Resolution authorizing seeking loan |
| 9 | | 9/14/06 | yes | yes | AKJ Corporate Resolution authorizing granting of mortgage |
| 10 | | 9/14/06 | yes | yes | FDIC Certificate |
| 11 | | 9/14/06 | yes | yes | Handwriting Exemplar - Michael Fields |
| 12 | | 9/14/06 | yes | yes | Handwriting Exemplar - Henry S. Dreher |
| 13 | | 9/14/06 | yes | yes | Handwriting Exemplar - Louise Harward |
| 14 | | 9/14/06 | yes | yes | Acceptance of Service - Foreclosure suit |
| | 1 | 9/14/06 | yes | yes | Regions Bank Disbursement Request and Authorization for $83,800 |
| | 2 | 9/14/06 | yes | yes | Commercial Guaranty |